

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-15-00114-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16394
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellants have filed a copy of their request to court reporter Tracy Ray Plummer for a supplemental reporter's record of the hearing held and April 1, 2015. We **order** the court reporter to file the requested supplemental record by **May 29, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court